# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 17, 2019

## NO. 03-18-00282-CV

**Yvette Mata, Appellant**

**v.**

**Capitol Wright Distributing, LLC; Dalton Marek; and Wright Distributing Co., Inc., Appellees**

### APPEAL FROM 368TH DISTRICT COURT OF WILLIAMSON COUNTY
### BEFORE JUSTICES GOODWIN, BAKER, AND SMITH
### AFFIRMED -- OPINION BY JUSTICE SMITH

This is an appeal from the judgment signed by the trial court on January 29, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.